1  Bradley T. Austin, Esq.
   Nevada Bar No. 13064
2  SNELL & WILMER L.L.P.
   3883 Howard Hughes Parkway, Suite 1100
3  Las Vegas, Nevada 89169
   Telephone: (702) 784-5200
4  Facsimile: (702) 784-5252
   Email: baustin@swlaw.com
5
6  *Attorneys for Defendant Equifax*
   *Information Services, LLC*

7

8                    **UNITED STATES DISTRICT COURT**

9                         **DISTRICT OF NEVADA**

10  WAYNE WILIAMS,                        | **Case No. 2:17-cv-02812-GMN-GWF**

11                           Plaintiff,

12  vs.                                    | **STIPULATION OF EXTENSION OF**
                                          | **TIME FOR DEFENDANT EQUIFAX**
13  EQUIFAX INFORMATION SERVICES LLC      | **INFORMATION SERVICES LLC TO**
    and TRANS UNION LLC,                  | **FILE ANSWER**
14
                                          | **FIRST REQUEST**
15                          Defendants.

16

17          Defendant Equifax Information Services LLC ("Equifax") has requested an extension of

18  time to answer, move, or otherwise respond to the Complaint in this matter, to which Plaintiff has

19  no opposition.   Accordingly, pursuant to LR IA 6-2, IT IS HEREBY STIPULATED AND

20  AGREED to by and among counsel, that Defendant Equifax Information Services LLC's time to

21  answer, move or otherwise respond to the Complaint in this action is extended from December 8,

22  2017 through and including **December 29, 2017**.  This stipulation is filed in good faith and not

23  intended to cause delay.

24  ///

25  ///

26  ///

27

28

Snell & Wilmer
L.L.P.
LAW OFFICES
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169
702.784.5200

Respectfully submitted this 11th day of December, 2017.

SNELL & WILMER LLP

By: /s/ *Bradley Austin*
Bradley T. Austin
Nevada Bar No. 13064
3883 Howard Hughes Pkwy
Suite 1100
Las Vegas, NV 89169
Tel: 702-784-5200
Fax: 702-784-5252
Email: baustin@swlaw.com

*Attorneys for Defendant Equifax Information Services LLC*

**<u>No opposition</u>**

/s/ *Michael Kind*
Michael Kind, Esq.
Nevada Bar No. 13903
KAZEROUNI LAW GROUP, APC
7854 W. Sahara Avenue
Las Vegas, NV 89117
Phone: (800) 400-6808 x-7
Email: mkind@kazlg.com

*Attorney for Plaintiff*

**IT IS SO ORDERED:**

_____
United States Magistrate Judge

DATED: <u>December 12, 2017</u>

4843-7674-7096

Snell & Wilmer
L.L.P.
LAW OFFICES
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169
702.784.5200