Bradley T. Austin, Esq.
Nevada Bar No. 13064
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169
Telephone: (702) 784-5200
Facsimile: (702) 784-5252
baustin@swlaw.com

*Attorneys for Defendant*
*Equifax Information Services LLC*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| WAYNE WILIAMS,<br><br>   Plaintiff,<br><br>vs.<br><br>EQUIFAX INFORMATION SERVICES LLC and TRANS UNION LLC,<br><br>   Defendant. | **Case No. 2:17-cv-02812-GMN-GWF**<br><br>**STIPULATION OF EXTENSION OF TIME FOR DEFENDANT EQUIFAX INFORMATION SERVICES LLC TO FILE ANSWER**<br><br>**(SECOND REQUEST)** |

Defendant Equifax Information Services LLC ("Equifax") has requested an extension of time to answer, move, or otherwise respond to the Complaint in this matter, to which Plaintiff has no opposition. Accordingly, pursuant to LR IA 6-2, IT IS HEREBY STIPULATED AND AGREED to by and among counsel, that Defendant Equifax Information Services LLC's time to answer, move or otherwise respond to the Complaint in this action is extended from December 29, 2017 through and including **January 19, 2018**. The additional time to respond to the Complaint will facilitate settlement discussions between the parties. This stipulation is filed in good faith and not intended to cause delay.

///

///

///

| | |
|---|---|
| 1 | Respectfully submitted, this 29th day of December, 2017 |
| 2 | SNELL & WILMER LLP |

Respectfully submitted, this 29th day of December, 2017

SNELL & WILMER LLP

By: /s/ *Bradley Austin*
Bradley T. Austin
Nevada Bar No. 13064
3883 Howard Hughes Pkwy
Suite 1100
Las Vegas, NV 89169
Tel: 702-784-5200
Fax: 702-784-5252
Email: baustin@swlaw.com

*Attorneys for Defendant Equifax Information Services, LLC*

**<u>*No opposition*</u>**

/s/ *Michael Kind*
Michael Kind, Esq.
Nevada Bar No. 13903
KAZEROUNI LAW GROUP, APC
7854 W. Sahara Avenue
Las Vegas, NV 89117
Phone: (800) 400-6808 x-7
Email: mkind@kazlg.com

*Attorneys for Plaintiff*

**IT IS SO ORDERED:**

/s/ George Foley Jr.
United States Magistrate Judge

DATED: January 3, 2018

4847-4730-7097