Jason G. Revzin
Nevada Bar No. 8629
**LEWIS BRISBOIS BISGAARD & SMITH LLP**
6385 S. Rainbow Blvd., Suite 600
Las Vegas, Nevada 89118
Telephone: (702) 893-3383
Facsimile: (702) 893-3789
Email: jason.revzin@lewisbrisbois.com
**COUNSEL FOR DEFENDANT TRANS UNION LLC**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| WAYNE WILLIAMS,<br><br>        Plaintiff,<br><br>v.<br><br>EQUIFAX INFORMATION SERVICES LLC AND TRANS UNION LLC,<br><br>        Defendants. | Case No. 2:17-cv-02812-GMN-GWF<br><br>**STIPULATION AND ORDER EXTENDING DEFENDANT TRANS UNION LLC'S TIME TO FILE ITS RESPONSE TO PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT (FIRST REQUEST)** |

      Plaintiff Wayne Williams ("Plaintiff") and Defendant Trans Union LLC ("Trans Union"), by and through their respective counsel, file this Stipulation Extending Defendant Trans Union's Time to File its Response to Plaintiff's Motion for Partial Summary Judgment.

      On January 2, 2018, Plaintiff filed his Partial Motion for Summary Judgment. Trans Union's current deadline to file a response to Plaintiff's Partial Motion for Summary Judgment is January 23, 2018. Trans Union needs additional time to prepare its response to the arguments presented in Plaintiff's Motion, along with supporting summary judgment evidence.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

Plaintiff has agreed in the parties hereby stipulate to extend the deadline for Trans Union to file its response to Plaintiff's Motion for Partial Summary Judgment up to and including January 30, 2018. This is the first extension of time for Trans Union to file its response and the current deadline has not yet expired.

Dated this 19th day of January, 2018.

**LEWIS BRISBOIS BISGAARD & SMITH LLP**

| | |
|---|---|
| _____/s/ Jason G. Revzin_____<br>Jason G. Revzin<br>Nevada Bar No. 8629<br>6385 South Rainbow Blvd., Suite 600<br>Las Vegas, NV 89118<br>Email: Jason.revzin@lewisbrisbois.com<br>***Counsel for Trans Union LLC*** | _____/s/ Matthew I. Knepper_____<br>David H. Krieger<br>Nevada Bar No. 9086<br>Haines & Krieger, LLC<br>8985 S eastern Ave, Suite 350<br>Henderson, NV 89123<br>dkrieger@hainesandkrieger.com<br>and<br>Michael Kind<br>Nevada Bar No. 13903<br>Kazerouni Law Group, APC<br>6069 South Fort Apache Rd, Suite 100<br>Las Vegas, NV 89148<br>mkind@kazlg.com<br>and<br>Matthew I. Knepper<br>Nevada Bar No. 12796<br>Miles N. Clark<br>Nevada Bar No. 13848<br>Knepper & Clark LLC<br>10040 W. Cheyanne Ave., Suite 170-109<br>Las Vegas, NV 89129<br>matthew.knepper@knepperclark.com<br>miles.clark@knepperclark.com<br>and<br>Sean N. Payne<br>Nevada Bar No. 13216<br>Payne Law Firm LLC<br>9550 S Eastern Ave, Suite 253-A213<br>Las Vegas, NV 89123<br>***Counsel for Plaintiff*** |

**IT IS SO ORDERED:**

_____
UNITED STATES DISTRICT JUDGE

DATED: ___January 22, 2018_____