1  Matthew I. Knepper, Esq.
   Nevada Bar No. 12796
2  Miles N. Clark, Esq.
   Nevada Bar No. 13848
3  KNEPPER & CLARK LLC
4  10040 W. Cheyenne Ave., Suite 170-109
   Las Vegas, NV 89129
5  Phone: (702) 825-6060
6  Fax: (702) 447-8048
   Email: matthew.knepper@knepperclark.com
7  Email: miles.clark@knepperclark.com

8
   David H. Krieger, Esq.
9  Nevada Bar No. 9086
   HAINES & KRIEGER, LLC
10 8985 S. Eastern Ave., Suite 350
   Henderson, NV 89123
11 Phone: (702) 880-5554
12 Fax: (702) 385-5518
   Email: dkrieger@hainesandkrieger.com
13
   Sean N. Payne, Esq.
14 Nevada Bar No.
   PAYNE LAW FIRM LLC
15 9550 S. Eastern Ave. Suite 253-A213
16 Las Vegas, NV 89123
   Phone: 702-952-2733
17 Fax: 702-462-7227
   Email: seanpayne@spaynelaw.com
18

19 Michael Kind, Esq.
   Nevada Bar No.
20 KAZEROUNI LAW GROUP, APC
21 6069 South Fort Apache Road, Suite 100
   Las Vegas, NV 89148
22 Phone: 800-400-6808 x7
   Fax: 800-520-5523
23 Email: mkind@kazlg.com

24
   *Attorneys for Plaintiffs*
25

26

27

28
[Proposed] Stipulation and Order to Extend Time for Plaintiff to Respond to Trans Union's Motion to Strike and to File Reply in Support of Motion for Partial Summary Judgment - 1

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| WAYNE WILLIAMS, | Case No.: 2:17-cv-02812-GMN-GWF |
| Plaintiff, | |
| vs. | **[PROPOSED] STIPULATION AND ORDER TO EXTEND TIME FOR PLAINTIFF TO RESPOND TO TRANS UNION'S MOTION TO STRIKE AND TO FILE REPLY IN SUPPORT OF MOTION FOR PARTIAL SUMMARY JUDGMENT** |
| EQUIFAX INFORMATION SERVICES, LLC; and TRANSUNION, LLC, | |
| Defendants. | |

Plaintiff Wayne Williams ("Plaintiff"), by and through his counsel of record, and Defendant Trans Union LLC ("Trans Union") have agreed and stipulated to the following:

1. On January 2, 2018, Plaintiff Wayne Williams filed his Motion for Partial Summary Judgment Against Trans Union [ECF Dkt. 13].

2. On January 30, 2018, Defendant Trans Union filed their Response to Plaintiff's Motion for Partial Summary Judgment [ECF Dkt. 29] and their Motion to Strike Plaintiff's Motion for Partial Summary Judgment [ECF Dkt. 28].

3. Plaintiff's Reply in Support of his Motion for Partial Summary Judgment is currently due February 13, 2018.

4. Plaintiff's Response to Trans Union's Motion to Strike is currently due February 13, 2018.

5. Plaintiff and Trans Union have stipulated to allow Plaintiff additional time to file his response and reply in order to allow for schedule constraints. The Parties accordingly request an extension for Plaintiff to reply to Trans Union's Response to Motions for Partial Summary Judgment and respond to Trans Union's Motion to Strike until **February 20, 2018**.

/ / /

[Proposed] Stipulation and Order to Extend Time for Plaintiff to Respond to Trans Union's Motion to Strike and to File Reply in Support of Motion for Partial Summary Judgment - 2

**IT IS SO STIPULATED.**

Dated February 12, 2018.

| **KNEPPER & CLARK LLC** | **LEWIS BRISBOIS BISGAARD & SMITH LLP** |
|---|---|
| /s/ *Matthew I. Knepper*<br>Matthew I. Knepper, Esq.<br>Nevada Bar No. 12796<br>Miles N. Clark, Esq.<br>Nevada Bar No. 13848<br>10040 W. Cheyanne Ave., Suite 170-109<br>Las Vegas, NV 89129<br>matthew.knepper@knepperclark.com<br>miles.clark@knepperclark.com<br><br>David H. Krieger, Esq.<br>Nevada Bar No. 9086<br>HAINES & KRIEGER, LLC<br>8985 S. Eastern Avenue, Suite 350<br>Henderson, NV 89123<br>dkrieger@hainesandkrieger.com<br><br><br>Sean N. Payne, Esq.<br>Nevada Bar No. 13216<br>PAYNE LAW FIRM LLC<br>9550 S. Eastern Ave. Suite 253-A213<br>Las Vegas, NV 89123<br>Phone: 702-952-2733<br>Fax: 702-462-7227<br>Email: seanpayne@spaynelaw.com<br><br>Michael Kind, Esq.<br>Nevada Bar No. 13903<br>KAZEROUNI LAW GROUP, APC<br>6069 South Fort Apache Road, Suite 100<br>Las Vegas, NV 89148<br>Phone: 800-400-6808 x7<br>Fax: 800-520-5523<br>Email: mkind@kazlg.com<br><br>*Counsel for Plaintiffs* | /s/ *Jason Revzin*<br>Jason Revzin, Esq.<br>Nevada Bar No. 8629<br>6385 S. Rainbow Blvd., Suite 600<br>Las Vegas, NV 89118<br>Email: jason.revzin@lewisbrisbois.com<br><br>Lauren Wood, Esq.<br>Paul L. Meyers, Esq.<br>STRASBURGER & PRICE, LLP<br>2600 Dallas Parkway, Suite 600<br>Frisco, TX 75034<br>Email: Lauren.Wood@strasburger.com<br>Email: Paul.Myers@strasburger.com<br><br>*Counsel for Defendant*<br>*Trans Union, LLC* |

[Proposed] Stipulation and Order to Extend Time for Plaintiff to Respond to Trans Union's Motion to Strike and to File Reply in Support of Motion for Partial Summary Judgment - 3

# ORDER GRANTING
# STIPULATION TO EXTEND TIME FOR PLAINTIFF TO RESPOND TO TRANS UNION'S MOTION TO STRIKE AND TO FILE REPLY IN SUPPORT OF MOTION FOR PARTIAL SUMMARY JUDGMENT (ECF NO. 30)

**IT IS SO ORDERED.**

_____
Gloria M. Navarro
UNITED STATES DISTRICT COURT JUDGE

Dated: February 14, 2018

[Proposed] Stipulation and Order to Extend Time for Plaintiff to Respond to Trans Union's Motion to Strike and to File Reply in Support of Motion for Partial Summary Judgment - 4