1  Michael Kind, Esq.
2  Nevada Bar No.: 13903
   **KAZEROUNI LAW GROUP, APC**
3  6069 S. Fort Apache Rd., Ste. 100
   Las Vegas, NV 89148
4  Phone: (800) 400-6808 x7
5  Fax: (800) 520-5523
   mkind@kazlg.com
6
7  David H. Krieger, Esq.
   Nevada Bar No.: 9086
8  **HAINES & KRIEGER, LLC**
9  8985 S. Eastern Avenue, Ste. 350
   Henderson, NV 89123
10 Phone: (702) 880-5554
   Fax: (702) 385-5518
11 Email: dkrieger@hainesandkrieger.com
12 *Attorneys for Plaintiff Wayne Williams*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| Wayne Williams, | Case No. 2:17-cv-02812-GMN-GWF |
| Plaintiff, | **STIPULATION OF DISMISSAL OF TRANS UNION LLC** |
| v. | |
| Equifax Information Services LLC and Trans Union LLC, | |
| Defendants. | |

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Plaintiff Wayne Williams ("Plaintiff") and Defendant Trans Union LLC ("Defendant")

stipulate to dismiss with prejudice Plaintiff's individual claims against Defendant. Each party will bear its own costs, disbursements, and attorney fees.

DATED this 5th day of June 2018.


**KAZEROUNI LAW GROUP, APC**

By: /s/ Michael Kind
Michael Kind, Esq.
6069 S. Fort Apache Rd., Ste. 100
Las Vegas, NV 89148
*Attorneys for Plaintiff*

**LEWIS BRISBOIS BISGAARD & SMITH LLP**

By: /s/ Jason Revzin
Jason Revzin, Esq.
6385 S. Rainbow Blvd., Ste. 600
Las Vegas, NV 89118
*Attorneys for Defendant*
*Trans Union LLC*

IT IS SO ORDERED.


Dated this _14_ day of June, 2018.


_____
Gloria M. Navarro, Chief Judge
UNITED STATES DISTRICT COURT

KAZEROUNI LAW GROUP, APC
6069 S. Fort Apache Rd., Ste. 100
Las Vegas, NV 89148

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY pursuant to Rule 5 of the Federal Rules of Civil Procedure that on June 5, 2018, the foregoing Stipulation was served via CM/ECF to all parties appearing in this case.

**KAZEROUNI LAW GROUP, APC**

By:  /s/ Michael Kind
Michael Kind, Esq.
6069 S. Fort Apache Rd., Ste. 100
Las Vegas, NV 89148