Michael Kind, Esq.
Nevada Bar No.: 13903
**KAZEROUNI LAW GROUP**, APC
6069 S. Fort Apache Rd., Ste. 100
Las Vegas, NV 89148
Phone: (800) 400-6808 x7
Fax: (800) 520-5523
mkind@kazlg.com

David H. Krieger, Esq.
Nevada Bar No.: 9086
**HAINES & KRIEGER**, LLC
8985 S. Eastern Avenue, Ste. 350
Henderson, NV 89123
Phone: (702) 880-5554
Fax: (702) 385-5518
Email: dkrieger@hainesandkrieger.com
*Attorneys for Plaintiff Wayne Williams*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| Wayne Williams,<br><br>Plaintiff,<br><br>v.<br><br>Equifax Information Services LLC and Trans Union LLC,<br><br>Defendants. | Case No. 2:17-cv-02812-GMN-GWF<br><br>**STIPULATION OF DISMISSAL OF EQUIFAX INFORMATION SERVICES LLC** |

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Plaintiff Wayne Williams ("Plaintiff") and Defendant Equifax Information Services LLC ("Defendant") stipulate to dismiss with prejudice Plaintiff's individual claims

against Defendant. Each party will bear its own costs, disbursements, and attorney fees.

DATED this 19th day of June 2018.

**KAZEROUNI LAW GROUP, APC**

By: /s/ Michael Kind
Michael Kind, Esq.
6069 S. Fort Apache Rd., Ste. 100
Las Vegas, NV 89148
*Attorneys for Plaintiff*

**SNELL & WILMER LLP**

By: /s/ Bradley T. Austin
Bradley T. Austin, Esq.
3883 Howard Hughes Pkwy., Ste. 1100
Las Vegas, NV 89169
*Attorneys for Defendant*
*Equifax Information Services, LLC*

IT IS SO ORDERED.

DATED this 20 day of June, 2018.

_____
Gloria M. Navarro, Chief Judge
UNITED STATES DISTRICT COURT

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY pursuant to Rule 5 of the Federal Rules of Civil Procedure that on June 19, 2018, the foregoing Stipulation was served via CM/ECF to all parties appearing in this case.

**KAZEROUNI LAW GROUP, APC**

By: /s/ Michael Kind
Michael Kind, Esq.
6069 S. Fort Apache Rd., Ste. 100
Las Vegas, NV 89148